**No. 54224.**—Amer-Mex Import & Export Co. et al. *v.* United States, protests 149014–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54225.**—Endo Products, Inc. *v.* United States, protests 147111–K, etc. (New York).

Opinion by COLE, J. It was stipulated that the sheep gall and ox gall in question are the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54226.**—Wilson & Co., Inc. *v.* United States, protest 154582–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54227.**—Bunge Far East Agencies, Inc., et al. *v.* United States, protests 150725–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, APRIL 11, 1950

**No. 54228.**—S. S. Kresge Company et al. *v.* United States, protests 683225–G, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54229.**—D. P. Harris Hardware & Manufacturing Co. *v.* United States, protests 771782–G, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54230.**—Burton Webbing Co. et al. *v.* United States, protests 885567–G, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.